UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 09-208-03 (EGS) |
| | : | |
| v. | : | Status Hearing: 11/18/10 |
| | : | |
| **NEIL FELAHY,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the date scheduled by the court for a Control Status Date in this case be continued. In support of this motion the Government states as follows:

The Government is engaged in investigations related to the present case. Defendant Felahy's plea agreement calls for his cooperation. So as to give him the maximum opportunity for "substantial assistance" the Government requests that the Status Hearing in this case be continued to a date and time convenient for the court on or after April 18, 2011.

The Defense joins in this Motion to Continue.

**CONCLUSION**

WHEREFORE, the Government respectfully requests that the Court grant its Motion to Continue and schedule this case for Status Hearing on or after April 18, 2011.

                              Respectfully submitted,

                              RONALD C. MACHEN JR.
                              UNITED STATES ATTORNEY
                              D.C. Bar # 447889

By:     /S/
                SHERRI L. SCHORNSTEIN
                D.C. Bar # 415219
                Assistant U.S. Attorney
                Fraud and Public Corruption Section
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 514-6956

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Motion to Continue has been served on counsel for the Defendant, Danny Onorato, Schertler & Onorato, 601 Pennsylvania Avenue NW, North Building - 9th Floor, Washington, D.C.  20004-2601, this 5th day of November, 2010.

                                        /S/
                                  SHERRI L. SCHORNSTEIN
                                  Assistant U.S. Attorney